UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6217-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JUDE THADDEUS OGUEGBE,
    Defendant.

_____/



FILED by ___ D.C.
FEB - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER CASE TO SUSPENDED/FUGITIVE FILE

**THIS CAUSE** come before the court upon its own motion. After a review of the court file, and after having determined the above named defendant to be a fugitive from justice, it is

**ORDERED** and **ADJUDGED**:

1. The Clerk of Court is hereby directed to transfer the above-captioned case, as it pertains to the above named defendant, to the suspended/fugitive file until such time as he is apprehended.

2. The Clerk of Court is further directed to designated this case, as it pertains to the above named defendant, "closed".

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of February, 2001.

**copy furnished:**
AUSA Jeffrey H. Kay

Daniel T. K. Hurley
United States District Judge